**FILED**

**JUDGMENT ENTERED**

**_____May 17, 2006___**
**Date**
by _____G. Lucas_____
Deputy Clerk

**U.S. District Court**
**Eastern District of California**
**__XX___   FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

CAROL BROWN,

       Plaintiff,

vs.

       **JUDGMENT IN A CIVIL ACTION**

CV-F-05-00461 OWW/SMS

BAKER HUGHES INCORPORATED,

       Defendant.
_____/

       DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendant and against the plaintiff.

DATED:  May 17, 2006

       JACK L. WAGNER, Clerk

       /S/ Greg Lucas
    By:
       Deputy Clerk

jgm.civ
2/1/95